# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00696-CR

**Jose Calistro, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. 0003947, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

**PER CURIAM**

This is an appeal from a judgment of conviction for assault. Sentence was imposed on June 27, 2000. There was no motion for new trial. The deadline for perfecting appeal was therefore July 27, 2000. Tex. R. App. P. 26.2(a)(1). Notice of appeal was filed on September 27, 2000. Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Dismissed for Want of Jurisdiction

Filed: November 16, 2000

Do Not Publish